

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE/MPR  *271 Cadman Plaza East*
F. #2015R00138  *Brooklyn, New York 11201*

September 3, 2015

By Federal Express and ECF

Ronald Rubinstein, Esq.
260 Madison Avenue
22nd Floor
New York, New York 10016

James Kousouros, Esq.
260 Madison Avenue
22nd Floor
New York, New York 10016

Michael Hurwitz, Esq.
299 Broadway
Suite 800
New York, New York 10007

Richard Lind, Esq.
880 Third Avenue
13th Floor
New York, New York 10022

Jeremy Schneider, Esq.
100 Lafayette Street
Suite 501
New York, New York 10013

Thomas Dunn, Esq.
225 Broadway
Suite 1515
New York, New York 10007

Susan Kellman, Esq.
25 Eighth Avenue
Brooklyn, New York 11217

Mitchell Golub, Esq.
225 Broadway
Suite 1515
New York, New York 10007

Raymond Colon, Esq.
233 Broadway
5th Floor
New York, New York 10279

Charles Hochbaum, PC
16 Court Street
Suite 1800
Brooklyn, New York 11241

Cesar De Castro, Esq.
7 World Trade Center
34th Floor
New York, New York 10005

Re: United States v. Kamel Lambus, et al.
Criminal Docket No. 15-382 (JBW)

Dear Counsel:

Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This letter is intended to supplement the government's discovery letters dated August 20, 2015. Please consider this letter to be the government's renewed request for reciprocal discovery.

Enclosed please find the following:

- Draft summaries and transcripts for the audio recordings of intercepted calls over telephone number (347) 878-4421, which have been Bates numbered LAMBUS000720-8491. The audio for these calls was previously produced to you on DVDs marked PHONE 4421 001 – PHONE 4421 002.

- Draft summaries and transcripts for the audio recordings of intercepted calls over telephone number (347) 724-6075, which have been Bates numbered LAMBUS008491-9847. The audio for these calls was previously produced to you on a DVD marked PHONE 6075 001.

- Draft summaries and transcripts for the audio recordings of intercepted calls over telephone number (646) 327-3793, which have been Bates numbered LAMBUS009848-10105. The audio for these calls was previously produced to you on DVDs marked PHONE 3793 001.

- Draft summaries and transcripts for the audio recordings of intercepted calls over telephone number (917) 592-5283, which have been Bates numbered LAMBUS010106-10291. The audio for these calls was previously produced to you on DVDs marked PHONE 5283 001.

- Draft summaries and transcripts for the audio recordings of intercepted calls over telephone number (516) 770-2029, which have been Bates numbered LAMBUS10292-10295. The audio for these calls was previously produced to you on DVDs marked PHONE 2029 001.

These summaries and transcripts are drafts only, and are being produced to you exclusively for the purpose of preparing for trial, including the preparation of defense transcripts. Copies of the enclosed summaries and transcripts, as well as copies of the corresponding audio calls, are being contemporaneously provided to those defendants who are in custody.

Also enclosed are:

- A DEA laboratory report reflecting chemical analysis of heroin acquired from defendant SCOTT WILLIAMS by a confidential source on or about November 10, 2014, which has been Bates numbered LAMBUS10296.

- A DEA laboratory report reflecting chemical analysis of heroin acquired from defendant EARL DAVIS by a confidential source on or about December 15, 2014, which has been Bates numbered LAMBUS10297.

- A DEA laboratory report reflecting chemical analysis of heroin acquired from defendant EARL DAVIS by a confidential source on or about January 7, 2015, which has been Bates numbered LAMBUS10298.

- A DEA laboratory report reflecting chemical analysis of heroin acquired from defendant SEAN BRABRAM by an undercover agent on or about February 11, 2015, which has been Bates numbered LAMBUS10299.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

KELLY T. CURRIE
Acting United States Attorney

By:   /s/ Lauren Howard Elbert
Lauren Howard Elbert
Michael P. Robotti
Assistant U.S. Attorney
(718) 254-7577/7576

Enclosures

cc:   Clerk of the Court (JBW) (by ECF) (without enclosures)