

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MMH/MPR
F. #2015R00138/NY-NYE-773

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 22, 2016

<u>By Email and ECF</u>

Ronald Rubinstein, Esq.
Rubinstein & Corozzo LLP
260 Madison Avenue
22nd Floor
New York, New York 10016

   Re: United States v. Kamel Lambus
     <u>Criminal Docket No. 15-382 (S-1) (JBW)</u>

Dear Mr. Rubinstein:

   Enclosed please find records obtained from the New York State Department of Corrections and Community Supervision ("DOCCS") pertaining to the defendant, Bates numbered KAMELLAMBUS041819-KAMELLAMBUS042383.  This supplements the government's prior disclosure of records from DOCCS on March 18, 2016.

            Very truly yours,

            ROBERT L. CAPERS
            United States Attorney

       By: /s/ Marcia M. Henry
          Marcia M. Henry
          Michael P. Robotti
          Assistant U.S. Attorneys
          (718) 254-6393/7675

Enclosures

cc: Clerk of the Court (JBW) (by ECF) (without enclosures)