UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– against –<br><br>KAMEL LAMBUS, STANLEY FULLER, *ET AL.*,<br><br>　　　　　　　　　Defendants. | **SCHEDULING ORDER**<br><br>15-CR-382 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 24 2017 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN**, Senior United States District Judge:

　　This court is informed that the Court of Appeals for the Second Circuit has issued a mandate returning the case to the district court to decide a motion by Kemal Lambus for reconsideration of an order denying suppression. *See* ECF No. 337.

　　Argument will be heard on February 15, 2017 at 11:45 AM in Courtroom 10B South.

　　The parties shall arrange for a briefing schedule. The last brief shall be filed no later than February 14, 2017.

　　Lambus shall appear in person with counsel. State investigatory agent Scanlon, and a person or persons from a federal law enforcement agency or agencies with knowledge of the relevant investigation or investigations, shall be present in person with counsel for the government.

　　An amicus brief will be accepted on the issue of whether and when an application to a federal district or magistrate judge must be made authorizing use of information obtained as a result of an ankle bracelet being worn by a state parolee. The context of the legal use of devices to trace the physical positions of persons may be relevant.

SO ORDERED.

*[signature: Jack B. Weinstein]*

Jack B. Weinstein
Senior United States District Judge

Date: January 24, 2017
Brooklyn, New York