# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

November 25, 2026

By ECF and E-Mail

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Kamel Lambus*
Crim. No. 15-cr-382 (MKB)

Dear Chief Judge Brodie:

I write to respectfully request that Mr. Lambus's curfew be modified to allow him to remain out of his residence until 10:00pm tomorrow, November 26, 2026, to celebrate the Thanksgiving holiday at a friend's residence. Mr. Lambus's current curfew requires him to be in his residence by 5:00pm each day. Tomorrow, Mr. Lambus seeks to visit a friend at their residence in Hollis and remain out of his residence until 10:00pm. The friend's address has been provided to the government and to Pretrial Services. He therefore respectfully requests a modification of his curfew for that purpose.

This afternoon I informed AUSA Erin Reid and USPO Rosie Lambus of this request, but have not received a response as of this filing due to the short timeframe. I am therefore unable to state the government's and Probation's positions on this request.

Thank you for your consideration of this request.

Respectfully Submitted,

*Jeffrey S. Dahlberg*

Jeffrey S. Dahlberg
Counsel to Kamel Lambus
Federal Defenders of New York
Inc.

cc: AUSA Erin Reid
USPO Rosie Anderson